# Hoff Affidavit – Table of Exhibits

**Property Records (by Ex. #):**

1. Georgia Property
2. Mexico Property
3. Redford, MI Property
4. 16510 Biltmore Street, Detroit Property
5. Idlewild, MI Property
6. 1977 Woodbridge, Detroit Property
7. 6405 Penrod, Detroit Property
8. 11739 Heyden, Detroit Property
9. Texas Property
10. 12709 Cloverlawn, Detroit Property
11. 14206 Mark Twain, Detroit Property
12. 15791 Murray Hill, Detroit Property
13. 16500 Biltmore, Detroit Property
14. 16527 Biltmore, Detroit Property
15. 16700 Biltmore, Detroit Property
16. 16717 Rutherford, Detroit Property
17. 17125 W. McNichols, Detroit Property
18. 17207 W. McNichols, Detroit Property
19. 18901 W. McNichols, Detroit Property
20. 18921 W. McNichols, Detroit Property
21. Northville, MI Property
22. 18966 Sussex, Detroit Property

**Corporate Entity Records (By Ex. #):**

23. Biltmore Development Group, LLC
24. Biltmore Records, LLC
25. Bleu Rose Investments, LLC
26. First Round Management, LLC
27. The YBE Group, LLC
28. YBE Food Group, LLC
29. YBE Services Group, LLC
30. YBE Tobacco Group, LLC
31. Biltmore Publishing Group, LLC
32. 48235 Properties, LLC
33. Biltmore Entertainment Group, LLC
34. The Joseph Group & Associates, LLC
35. William Smith & Associates
36. Ross Drive, LLC
37. YBE Property Group, LLC
38. YBE Investments, LLC
39. Alter Ego Properties, LLC