# Exhibit 1

Deed Book 62592 Page 1
Filed and Recorded 11/10/20 6:15:00 PM
2020-0340686
Real Estate Transfer Tax $665.10
Cathelene Robinson
Clerk of Superior Court
Fulton County, GA
Participant IDs: 1583076484
7067927936

Return Recorded Document to:
Garner Stith Gray, LLC
3330 Cumberland Blvd, Ste. 500
Atlanta, GA 30339
File No: CL-136
File Name: Pulte Home Company, LLC
APN: 17-0221-LL-055-2-(Mother Parcel)

# LIMITED WARRANTY DEED

STATE OF GEORGIA

COUNTY OF FULTON

**THIS INDENTURE**, made the 7th day of November, 2020, between **Pulte Home Company, LLC** of the State of Georgia and County of **Fulton** party of the first part, and **William A. Smith** of the State of **Georgia** and County of **Fulton** party of the second part,

**WITNESSETH** That: the said party of the first part, for and in consideration of the sum of **TEN AND 00/100 DOLLARS ($10.00)** and other goods and valuable considerations in hand paid, at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell and convey unto the said party of the second part, his heirs and assigns, all that tract or parcel of land

**See Exhibit "A" attached hereto and made a part hereof.**

**TO HAVE AND TO HOLD** the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said party of the second part, his heirs and assigns, forever, in FEE SIMPLE.

**AND THE SAID** party of the first part, for his heirs, executors and administrators, will warrant and forever defend the right and title to the above described property, unto the said party of the second part, his heirs and assigns, against claims of all persons owning, holding or claiming by, through or under the said party of the first part.

**IN WITNESS WHEREOF**, the said party of the first part has hereunto set his hand and seal, the day and year above written.

Signed, sealed and delivered in the presence of:

Pulte Home Company, LLC

By: _Amanda Johnston_ (Seal)
Amanda Johnston
Closing Coordinator

_Karen M. Smith_
Unofficial Witness

_[signature]_
Notary Public, FULTON COUNTY

PULTE HOME COMPANY, LLC
CORPORATE SEAL
MICHIGAN

Deed Book 62592 Page 2
Cathelene Robinson
Clerk of Superior Court

## EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lot 221 of the 17th District, Fulton County, Georgia, being Lot 091-04, The Quarter, Parcel 4, as per plat recorded in Plat Book 432, Pages 120-121, Fulton County, Georgia Records, which plat is incorporated herein by reference and made a part of this description. Said property being known as 2087 Holtz Ln according to the present system of numbering property in Fulton County Georgia.

Deed Book 62673 Page 519
Filed and Recorded 11/24/2020 4:55:00 PM
2020-0352897
Cathelene Robinson
Clerk of Superior Court
Fulton County, GA
Participant IDs: 1583076484
7067927936

**Return Recorded Document to:**
Garner Stith Gray, LLC
3330 Cumberland Blvd, Ste. 500
Atlanta, GA   30339
APN: 17-0221-LL-055-2 (Mother Parcel)

## QUITCLAIM DEED

STATE OF GEORGIA

COUNTY OF FULTON

**THIS INDENTURE**, made the 20th day of **November, 2020**, between **William A. Smith** of the State of Georgia, as party of the first part, hereinafter called Grantor, and **YBE Investments LLC** of the State of Georgia, as party of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

**WITNESSETH** that:  Grantors, for and in consideration of the sum of **ONE AND 00/100 DOLLARS ($1.00)** and other valuable considerations in hand paid at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, by these presents do hereby remise, convey and forever QUITCLAIM unto the said grantees the land described in attached Exhibit A.

**TO HAVE AND TO HOLD** the said described premises to grantees, so that neither grantors nor any person or persons claiming under grantors shall at any time, by any means or ways, have, claim or demand any right or title to said premises or appurtenances, or any rights thereof.

**IN WITNESS WHEREOF,** Grantors have signed and sealed this deed, the day and year first above written.

DIANNE HINTON
Notary Public - State of Michigan
County of Oakland
My Commission Expires Jun 24, 2027
Acting in the County of Wayne

_____ (Seal)
William A. Smith

Signed, sealed and delivered in the presence of:

_____
Unofficial Witness

_____
Notary Public
My Commission Expires: 06/24/2020

Deed Book 62673 Page 520
Cathelene Robinson
Clerk of Superior Court

## EXHIBIT "A"

All that tract or parcel of land lying and being in Land Lot 221 of the 17th District, Fulton County, Georgia, being Lot 091-04, The Quarter, Parcel 4, as per plat recorded in Plat Book 432, Pages 120-121, Fulton County, Georgia Records, which plat is incorporated herein by reference and made a part of this description.   Said property being known as 2087 Holtz Ln according to the present system of numbering property in Fulton County Georgia.