# Exhibit 2

# State of Michigan



## DEPARTMENT OF STATE

## APOSTILLE

(Convention de La Haye du 5 Octobre 1961)

1. Country: **UNITED STATES OF AMERICA**

This public document

2. has been signed by: **NAINA PATEL**

3. acting in the capacity of **Michigan Notary Public**

4. bears the seal of: **NAINA PATEL**

5. at Lansing, Michigan

7. by Secretary of State,

8. NO. 20004119253684

9. Seal/Stamp:



*[Handwritten sticky note:]*
POA
with
- Alter Ego Properties
Mexico Residence
Condo 203 Redregal One

*Jocelyn Benson* (signature)

Jocelyn Benson

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

| POWER OF ATTORNEY | PODER |
|---|---|
| In the City of **Detroit**, State of Michigan, U.S.A., on this **3rd** day of **November**, 2021, WILLIAM ANTHONY SMITH, also known as WILLIAM SMITH, acting as managing member of ALTER EGO PROPERTIES, LLC (sometimes hereinafter referred to as the "Grantor"), declare to be of American nationality, to be of legal age and to identify themselves with valid American passports. | En la Ciudad de **Detroit**, en el estado de Michigan, E.U.A., en este día **3rd** de **Noviembre** de 2021, WILLIAM ANTHONY SMITH, también conocido como WILLIAM SMITH, actuando como miembro administrador de ALTER EGO PROPERTIES, LLC, (ocasionalmente denominada como la "Poderdante") declaran ser de nacionalidad estadounidense, tener edad legal e identificarse con pasaporte estadounidense vigente. |

I. The appearing party, acting as managing member of the Grantor, and in the name and on behalf of the Grantor, having been duly sworn, does hereby grant in favour of SHARAH ROSE (hereinafter the "Attorney-In-Fact") a Power of Attorney for Acts of Ownership and Power of Attorney for Acts of Administration pursuant to the Second and Third Paragraphs of Article 2468 of the Civil Code for the State of Baja California Sur and the corresponding Articles of the Civil Codes of the federal entities of the United Mexican States, to be exercised either jointly or separately, including by way of illustration and not limitation, the execution of all kinds of public deeds, including deeds of trust extinction, fiduciary substitution, assignment of beneficial rights (either acting as assignor or assignee), trust constitution, fusion of properties, increase of trust property, as well as signing know your client (KYC) forms, administrative trust forms, privacy notices, and any other documents that may be required by a fiduciary institution and/or a Mexican notary public.

I. El compareciente, en su carácter de miembro administrador de la Poderdante, habiendo hecho la protesta de ley, en este acto otorga a favor de SHARAH ROSE (en adelante el "Apoderado") un Poder para Actos de Dominio y para Actos de Administración, de conformidad con lo dispuesto en el Segundo y Tercero párrafos del Artículo 2468 del Código Civil para Estado de Baja California Sur y sus correlativos en todos y cada uno de los Códigos Civiles de las demás entidades federativas de los Estados Unidos Mexicanos, para ser ejercido conjunta o individualmente, para enunciativa y no limitativamente, firmar todo tipo de escrituras públicas, incluyendo escrituras de extinción de fideicomiso, sustitución fiduciaria, cesión de derechos fideicomisarios (ya sea actuando como cedentes o cesionarios), constitución de fideicomiso, fusión de inmuebles, ampliaciones de patrimonio de fideicomiso, así como también firmar formatos de conocimiento de cliente, formatos administrativos del fiduciario, avisos de privacidad y cualesquiera otros documentos que puedan ser requeridos por la institución fiduciaria y/o notario público.

II. The Power of Attorney for Acts of Ownership and for Acts of Administration granted in paragraph I above, is LIMITED to everything related to the following real estate property:
Condominium 203 Condominium Property Regime called "Pedregal One", located on lot marked with number 49 from block 42, street Camino Bonito and Bonito Oriente, Fraccionamiento "El Pedregal", township of Cabo San Lucas, Baja California Sur, México, identified with cadastral code 402001042110-001203, which includes parking slots E3-E4, with a total private area of 173.69 m2, including corresponding common areas or undivided property.

II. El Poder para Actos de Dominio y para Actos de Administración otorgado en el párrafo I anterior, estará LIMITADO a todo lo relacionado con el siguiente bien inmueble:
Condominio 203 del Régimen de Propiedad en Condominio denominado "Pedregal One", ubicado en el Lote marcado con el número 49 de la Manzana 42, Calle Camino Bonito y Bonito Oriente, Fraccionamiento "El Pedregal" Delegación de Cabo San Lucas, Baja California Sur, México, identificado con clave catastral 402001042110-001203, el cual incluye Estacionamiento E3-E4, con un área privativa total de 173.69 m2, incluyendo áreas comunes o indivisos correspondientes.

III. The Grantor hereby expressly ratifies, through its manager, all the acts carried out by the Attorney-In-Fact and releases him from any liability which may derive from the exercise of his authority under this Power of Attorney and expressly agrees to indemnify and hold him/her harmless in relation with any liability derived from the exercise of his authority under this Power of Attorney.

III. La Poderdante por este medio ratifica, por conducto de su gerente, todos los actos llevados a cabo por el Apoderado y lo libera de cualquier responsabilidad que pudiera derivarse por el ejercicio de sus facultades conforme a este Poder, y expresamente acuerda indemnizar y sacar a salvo al Apoderado en relación con cualquier responsabilidad derivada del ejercicio de sus facultades conforme a este Poder.