# Exhibit 3

Trans

Li-38119 Pa-1779
203285075 4/11/2003
Bernard J. Youngblood
Wayne Co. Register of Deeds

FIRST CENTENNIAL TITLE, INC.

# Warranty Deed

File No.: cen21461

KNOWN ALL MEN BY THESE PRESENTS: That **Dennis J. Wiedenbeck and Catherine S. Wiedenbeck, Husband and Wife** whose street number and post office address is **25307 Ross Drive, Redford Twp., MI 48239** convey(s) and warrant(s) to **William Smith and Kimberly Smith** whose street and post office address is **15455 Gilchrist, Detroit, MI 48227**, the following described premises situated in the **Township of Redford**, County of **Wayne**, and State of **Michigan**, described as follows, to wit:

Lots 980 and 981, including ½ vacated alley at the rear thereof, B.E. TAYLOR'S GOLF AND COUNTRY CLUB SUBDIVISION NO. 2, according to the Plat thereof as recorded in Liber 59 of Plats, Page(s) 16, Wayne County Records.

Commonly Known As: 25307 Ross Drive

Tax Item No.: 79-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-000
for the sum of : One Hundred Sixty Nine Thousand dollars and Zero cents ( $169,000.00 ),
subject to easements and building and use restrictions of record, if any.
Dated on this 7th day of March, 2003

*Signed and Sealed in Presence of:*                *Signed and Sealed:*

_____          _Dennis J. Wiedenbeck_ (L.S.)
*Witness*                                               Dennis J. Wiedenbeck

_____          _Catherine S. Wiedenbeck_ (L.S.)
*Witness*                                               Catherine S. Wiedenbeck

STATE OF MICHIGAN
WAYNE COUNTY
JUNE 11, 2003
RECEIPT #40616

REAL ESTATE TRANSFER TA
$ 185.90-C
$ 1267.50-S
STAMP #10040712

_____ (L.S.)

_____ (L.S.)

STATE OF MICHIGAN,
COUNTY OF WAYNE ss.
The foregoing instrument was acknowledged before me on this **7th day of March, 2003** by Dennis J. Wiedenbeck and Catherine S. Wiedenbeck, Husband and Wife.

(Sign) _Sheila Earle_
(Print)

SHEILA M. EARLE
Notary Public, Wayne County, MI
My Commission Expires 02/22/2007

Notary public, Wayne County, MI
My commission expires: 02/22/07

*This instrument drafted by:*
Keller Williams Realty/ Lou Ronayne
22260 Haggerty Road
Suite 250
Northville, Michigan 48167

*When recorded return to:*
William Smith
25307 Ross Drive
Redford, Michigan 48239

Recording Fee: $19.00                               Transfer Tax: $1,453.40 ✓

This is to certify that there are no tax liens or titles
on this property and that taxes are paid for FIVE YEARS
previous to date of this instrument EXCEPT 2002 not examined
No. 2535  [signature]  Date 4-5-03
WAYNE COUNTY TREASURER  Clerk

WD ① S cj

04-05-2003 11:02:535   DEED'S   4.00

2024167723    L: 58880 P: 301    QCD
05/21/2024 08:08:49 AM  Total Pages: 4
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED

QUIT CLAIM DEED

A070465124-2

WAYNE COUNTY

-25307 ROSS DR

REDFORD MI  48239

**Prepared By:**
Mr. William Smith
25307 Ross Drive
Redford, Michigan 48239

**After Recording Return To:**
Ross Drive LLC/Kimberly Smith
33006 Seven Mile Road, Suite 192
Livonia, Michigan 48152

)
)
)
)
)
)
)
)
)    **TAX PARCEL ID #:** 79 026 03 0980 000

# QUIT CLAIM DEED

*BE IT KNOWN BY ALL,* that Mr. William Smith *("Grantor")* and Mrs. Kimberly Smith *("Grantor")* , a married couple, **whose address is** 25307 Ross Drive, Redford, Michigan 48239, hereby *REMISE, RELEASE AND FOREVER QUITCLAIM TO* Ross Drive LLC *("Grantee")* , a/an Michigan company, **whose address is** 33006 Seven Mile Road, Suite 192, Livonia, Michigan 48152, all right, title, interest and claim to the following real estate property located at 25307 Ross Drive in the City/Township of Redford, located in the County of Wayne and State of Michigan and ZIP code of 48239, to-wit:

Property having Lot No. , with the Section No. , and having the following description: 20F980 981 LOTS 980 AND 981 ALSO N W 1/2 OF ADJ VAC ALLEY B. E. TAYLORS GOLF AND COUNTRY CLUB SUB NO. 2 T1S R10E L59 P16 WCR.

*FOR VALUABLE CONSIDERATION,* in the amount of $10.00 dollars, given in hand, ~~and for other good and valuable consideration~~ the receipt and sufficiency of which is hereby acknowledged.   *(Fur)*
$MCL\ 207.526\ (6)\ (a)$
$MCL\ 207.505\ (5)\ (a)$

*BE IT FURTHER KNOWN,* that this transfer shall be effective as of 05/06/2024, and that the Grantor makes no promises as to ownership of title to the above-referenced Property, but simply agrees to transfers whatever interest the Grantor has in it to the Grantee.

*TO HAVE AND TO HOLD* all of Grantor's right, title and interest in and to the above described Property is hereby transferred unto the Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any party thereof.

_____
(Grantor's or Authorized Representative's Signature)
William Smith    GrAnror

_____
(Grantor's   or   Authorized Representative's
Signature)    GrAntor
Kimberly Smith

Signed in our presence:

A07046S124 -2 MW.

_____  
(Witness #1 Signature)

Rashad Reeves  
(FIRST WITNESS NAME TYPED)

_____  
(Witness #2 Signature)

Charlotte Smith  
(SECOND WITNESS NAME TYPED)

**Grantee's Address:**

Kimberly Smith  
Sole Member  
Ross Drive LLC  
33006 Seven Mile Road, Suite 192  
Livonia, Michigan 48152

**Mail Subsequent Tax Bills To:**  
Ross Drive LLC/Kimberly Smith  
33006 Seven Mile Road, Suite 192  
Livonia, Michigan 48152

**Grantor's Address:**

Mr. William Smith and Mrs. Kimberly Smith

25307 Ross Drive  
Redford, Michigan 48239

**STATE OF MICHIGAN** )
) SS.
**COUNTY OF WAYNE** OAKLAND ) GRANTOR.

✯

The foregoing Quit Claim Deed was acknowledged before me on ___May 10, 2024___ by Mr. William Smith and Mrs. Kimberly Smith,✯ who are personally known to me or who have produced a valid driver's license and/or passport as identification, and such individual(s) having executed aforementioned instrument of his/her/their free and voluntary act and deed. ✯ GRANTOR

**IN WITNESS THEREOF**, to this Quit Claim Deed, I set my hand and seal.

Signed, sealed and delivered in the presence of:

_____
(Signature of Notary)

Jamie Givens
(Printed Notary Name) ~~Wayne~~, Michigan
Oakland
My Commission expires: ___June 25, 2030___

JAMIE GIVENS
Notary Public - State of Michigan
County of Oakland
My Commission Expires Jun 25, 2030
Acting in the County of __Oakland__