Exhibit 4

03428371 AUG 31 2004



Li-41257     Pa-234
204470955   8/31/2004
Bernard J. Youngblood
Wayne Co. Register of Deeds

**STATE OF MICHIGAN**
WAYNE COUNTY
SEPTEMBER 13, 2004
RECEIPT #41359

**REAL ESTATE TRANSFER TAX**
$   64.90-CO
$   442.50-ST
STAMP #100483245

DEED "C"

KNOW ALL MEN BY THESE PRESENTS Deutsche Bank Association, formerly known as Bankers Trust Company of California, N.A., in Trust for the benefit of the holders of Aames Mortgage Trust 2001-3 Mortgage Pass-Through Certificates, Series 2001-3, by Countrywide Home Loans, Inc., whose Power of Attorney is herewith recorded and whose address is: 400 Countrywide Way, SV-30M, Simi Valley, CA 93065     *Exhibit A*

Convey(s) to: William Smith, a married man ("Grantee"), whose address is, 25307 Ross Drive, Redford, MI 48239,

The following described premises situated in the City of Detroit, County of Wayne and State of Michigan, to-wit:

Lot No. 831 B. E. Taylors Rainbow Subdivision, (Plats) as recorded in Liber 41, Page 75, Wayne County Records.

Commonly known as: 16510 Biltmore          Parcel ID: Ward 22 Item No: 063968

For the full consideration of:  Fifty Nine Thousand Dollars and 00/100 ($59,000.00)

Subject to zoning ordinances and to restrictions and easements of record, if any, existing reservations or leases of oil, gas, or mineral rights, zoning limitations, and apparent and beneficial easements. The Grantor covenants and agrees that the grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise.

Dated this 17 day of June, 2004

Witnesses:

SUSAN BIEGLER
Commission # 1435328
Notary Public - California
Ventura County
My Comm. Expires Aug 17, 2007

*Tracey Jennings

*Tania Arias

*Print name below signature in black ink only.

Signed and Sealed
Deutsche Bank Association, formerly known as Bankers Trust Company of California, N.A., in Trust for the benefit of the holders of Aames Mortgage Trust 2001-3 Mortgage Pass-Through Certificates, Series 2001-3, by Countrywide Home Loans, Inc. as Servicer

By: Sandra White _____ (L.S.)

Its :Sandra Whiteley, Asst Secretary

And Diana Garcia (L.S.)

Its :Diana Garcia, Asst Secretary

This is to certify that there are no tax liens or titles on this property and that taxes are paid for FIVE YEARS previous to date of this instrument.

AUG 16 2004

No. 1574     Clerk
Treasurer, City of Detroit

STATE OF California
COUNTY OF Ventura          } SS

The foregoing instrument was acknowledged before me this 17th day of June, 2004

by Sandra Whiteley Its: Asst Secretary and Diana Garcia Its: Asst Secretary of : Deutsche Bank Association, formerly known as Bankers Trust Company of California, N.A., in Trust for the benefit of the holders of Aames Mortgage Trust 2001-3 Mortgage Pass-Through Certificates, Series 2001-3, by Countrywide Home Loans, Inc. as Servicer

Susan Biegler
*Susan Biegler
Notary Public Ventura County, California
My commission expires: August 17, 2007
DOCID#000499461MS30M

07-22-2004  2201 8865          DEED'S     4.00

this is to certify that there are no tax liens or titles on this property and that taxes are paid for FIVE YEARS previous to date of this instrument EXCEPT
No. 3865  R. Quincy  Date 7-30-04
WAYNE COUNTY TREASURER  Clerk

Page 1 of 2

DD    8p    S

36+507.40=543.40

507.40

Li-41257          Pa-235

ATI 04-80800

Instrument                                   Business    Attorneys Title Agency c/o I. Andary
Drafted by ____David A. Trott, Esq.____      Address     400 Galleria Officentre, Ste.300
                                                         Southfield, MI 48034


Recording Fee _____          Send subsequent tax bills and recorded deed to
                                                William Smith
                                                25307 Ross Drive
                                                Redford, Mi 48239

State Transfer Tax $_____


County Transfer Tax $_____


Page 2 of 2

Li-41257          Pa-236

*Exhibit A*

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## RESPECTING SIGNING POWERS OF CERTAIN PERSONS

**RESOLVED,** that each of the persons enumerated on the attached Schedule I (as amended by the Master Servicer from time to time) be, and each hereby is, authorized and empowered to act as "Authorized Servicing Officers".

**RESOLVED,** that the Authorized Servicing Officers be appointed for the sole and exclusive purpose of, and with authority expressly limited to, the performance of the acts set forth below:

Sign, execute acknowledge, deliver, file for record, and record any instrument on behalf of the Association and effectuate the following enumerated transactions in respect of any of the Mortgages, Deeds of Trust (the "Mortgages" and the "Deeds of Trust" respectively), Installment Contracts for sale of Real Estate ("Installment Contract"), Contract for Deed, Land Contracts and promissory notes secured thereby (the "Mortgage Notes") for which the Association is or will be acting as Trustee for various certificate holders (whether the Association is named therein as mortgagee or beneficiary or has become mortgagee by virtue of endorsement of the Mortgage Note secured by any such Mortgage or Deed of Trust or has acquired the Seller's interest in any Installment Contract, Contract for Deed, Land Contract, by deed or assignment) and for which Countrywide Home Loans, Inc. is or will be acting as Master Servicer.

This appointment shall apply to the following enumerated transactions only:

1. The modification or re-recording of a Mortgage, Deed of Trust, Installment Contract, Contract for Deed, or Land Contract where said modification or re-recording is for the purpose of correcting the Mortgage, Deed of Trust, Installment Contract, Contract for Deed or Land Contract to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued and said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage, Deed of Trust, Installment Contract, Contract for Deed or Land Contracts as insured.

2. The subordination of the lien of a Mortgage, Deed of Trust, Installment Contract, Contract for Deed, Land Contract or an easement in favor of a public utility company or a government agency or unit with powers of eminent domain; this section shall include without limitation, the execution of partial satisfactions/releases, partial reconveyance or the execution of requests to trustees to accomplish same.

3. With respect to a Mortgage, Deed of Trust, Installment Contract, Contract for Deed, Land Contract, the foreclosure, the taking of deed in lieu of foreclosure, or the completion of judicial or non-judicial foreclosure or termination, cancellation

HEREBY CERTIFY that this is a true
and correct copy of the original.

Resolution 1A (rev2), Revised Jan. 2001

*Diane Chuca*

Countrywide Realty Partners

Li-41257          Pa-237

or rescission of any such foreclosure, including without limitation, any and all of the following acts:

   a) The substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;
   b) Statements of breach or non-performance;
   c) Notices of default;
   d) Cancellations/rescissions of notices of default and/or notices of sale;
   e) The taking of a deed in lieu of foreclosure; and
   f) Such other documents and actions as may be necessary under the terms of the Mortgage, Deed of Trust, Installment Contract, Contract for Deed, Land Contract or state law to expeditiously complete said transactions.

4. With respect to an Installment Contract, Contract For Deed or Land Contract, the cancellation of such Installment Contract or the taking of a deed in lieu of cancellation, including without limitation, any and all of the following acts:

   a) Statements of breach or non-performance;
   b) Notices of default;
   c) Such other documents and actions which may be necessary under the terms of the Installment Contract, Contract for Deed, Land Contract or state law to properly and expeditiously complete said transactions.

5. With respect to the sale of property acquired through a foreclosure or deed-in-lieu, including without limitation, any and all of the following acts:

   a) Listing agreements.
   b) Purchase and Sale agreements.
   c) Grant/Warrants/Quit Claim Deeds or any other deed causing the transfer of title of the property to a party contracted to purchase same.
   d) Escrow instructions.
   e) Any and all documents necessary to effect the transfer of property.

6. In any case in which a transferee of a mortgaged property is to assume the related mortgage or which requires the release of the conveying mortgagor from liability on the related mortgage loan, in order to effect such assumption, any and all of the following acts:

   a) The completion and execution of loan assignment and/or assumption agreements, which agreement shall not otherwise modify any material term of the mortgage loan, (including, but not limited to, the mortgage note rate, the unpaid principal balance, the amortization schedule, or any other term affecting the amount or timing of payments on the mortgage note) unless the Master Servicer provides Bankers Trust Company of California. N.A., as Trustee, with an opinion of counsel to the effect that such modification will not be treated, under the REMIC Provisions, as an acquisition of the modified mortgage note by the related trust in exchange for the unmodified mortgage note on the date the modification occurs;

I HEREBY CERTIFY that this is a true
and correct copy of the original.

2

Resolution 1A (rev2), Revised Jan. 2001

_Diana Chena_

Countrywide Realty Partners

Li-41257          Pa-238

b) The preparation and execution of releases of conveying mortgagors from liability under the mortgage loan; and

c) The collection of any assumption fee from the conveying or assuming mortgagor, where permitted.

7. In any case in which a subsequent purchaser of a property is to assume the related Land Contract or which requires the release of the conveying purchaser from liability on the related Land Contract, in order to effect such assumption, any and all of the following acts:

d) The completion and execution of Land Contract assignment and/or assumption agreements, which agreement shall not otherwise modify any material term of the Land Contract, (including, but not limited to, the rate, the unpaid principal balance, the amortization schedule, or any other term affecting the amount or timing of payments on the contract) unless the Master Servicer provides Bankers Trust Company of California. N.A., as Trustee, with an opinion of counsel to the effect that such modification will not be treated, under the REMIC Provisions, as an acquisition of the modified contract by the related trust in exchange for the unmodified contract on the date the modification occurs;

e) The preparation and execution of releases of conveying purchaser from liability under the loan; and

f) The collection of any assumption fee from the conveying or assuming purchaser, where permitted.

8. The full satisfaction /release of a Mortgage, Deed of Trust, Installment Contract, Contract for Deed, Land Contract or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

9. The full assignment of a Mortgage, Deed of Trust, Installment Contract, Contract for Deed or Land Contract upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

**RESOLVED,** that the Chairman of the Board, the President, each Executive Vice President and each Senior Vice President be, and each of them hereby is authorized to designate other Authorized Servicing Officers, delete the authorization of any previously designated Authorized Servicing Officers, and authorize any other officer or employee of the Association to authorize and delete Authorized Servicing Officers.

I, Judy Gomez, Assistant Secretary of Bankers Trust Company of California, N.A., hereby certify that the foregoing is a true and correct copy of resolutions of the Board of Directors of Bankers Trust Company of California, NA, respecting signing powers of officers and others, that such resolutions were duly adopted at meetings duly and legally held at which quorums were present and voted, and that the same are in full force and effect at this date.

I HEREBY CERTIFY that this is a true
and correct copy of the original.

Diana Galea

Countrywide Realty Partners

Resolution 1A (rev2), Revised Jan. 2001

Li-41257          Pa-239

Dated _____12/03/01_____

_____, Assistant Secretary

I HEREBY CERTIFY that this is a true
and correct copy of the original.

4

Resolution 1A (rev2), Revised Jan. 2001

_____
Countrywide Realty Partners

Li-41257        Pa-240

## SCHEDULE I
### to
## RESOLUTIONS OF THE BOARD OF DIRECTORS RESPECTING
## SIGNING POWERS OF CERTAIN PERSONS

| Name | Title | Department | Exemplar Signature |
|------|-------|------------|--------------------|
| Paul Lindemann | Senior Vice President | REO | |
| Janet Palomino | Vice President | REO | |
| Jacquie Prey | Vice President | REO | |
| Cherie Hagen | Vice President | REO | |
| Denris Gierula | Assistant Vice President | REO | |
| Sandra Whiteley | Assistant Secretary | REO | |
| Laura Wilund | Assistant Secretary | REO | |
| Tracey Jennings | Assistant Secretary | REO | |
| Diana Garcia | Assistant Secretary | RED | |
| Christine Lazicki | Assistant Secretary | REO | |
| Lucero Pena | Assistant Secretary | REO | |
| Lisa Van Cook | Assistant Secretary | REO | |

I, Richard L. Wilson, Executive Vice President of Countrywide Home Loans, Inc. hereby certify that as of the date entered below, the above listed persons are Authorized Servicing Officers of Countrywide Home Loans, Inc., as Master Servicer.

Dated _10/12/03_

Name: Richard L. Wilson
Title: Executive Vice President

HEREBY CERTIFY that this is a true and correct copy of the original.

Countrywide Realty Partners

Addendum - 8/03

Li-41257          Pa-241

EXHIBIT D

## BANKERS TRUST COMPANY OF CALIFORNIA, NATIONAL ASSOCIATION

I, DAVID ABRAMSON, certify that:

1.     I am the duly elected and acting Secretary of Bankers Trust Company of California, National Association (formerly, BT Trust Company of California), and as such officer, I am the official custodian of its records; that the following is a true and correct copy of resolutions adopted by the Association's shareholders; and that such resolutions are now lawfully in force and effect:

RESOLVED, that the Association is hereby authorized to amend the First Article of Association to read as follows:

FIRST:   The title of this Association shall be "Deutsche Bank National Trust Company."

FURTHER RESOLVED, that the effective date of the amendment of the First Article of Association shall be April 15, 2002.

2.     The following is a true and correct copy of a resolution of the Association's Board of Directors, and such resolution is now lawfully in force and effect:

RESOLVED, that the amendment of the First Article of Association to change the title of the Association to "Deutsche Bank National Trust Company" is hereby approved, effective April 15, 2002.

3.     The foregoing amendment to the Articles of Association has been duly approved by the Board of Directors of Bankers Trust Company of California, National Association on March 21, 2002.

4.     The Resolution and Amendment set forth above has not been modified or rescinded and is in full force and effect.

IN WITNESS WHEREOF, I have set my hand and the seal of this Association this 27th day of March 2002.

David Abramson
Secretary

(S E A L)

I HEREBY CERTIFY that this is a true and correct copy of the original.

Countrywide Realty Partners

**2024167728    L: 58880 P: 309    QCD**
**05/21/2024 08:08:52 AM  Total Pages: 4**
**Bernard J. Youngblood, Register of Deeds - Wayne County, MI**
**ELECTRONICALLY RECORDED**

QUIT CLAIM DEED

A070465124-1

WAYNE COUNTY

-16510 BILTMORE ST

DETROIT MI  48235

| | |
|---|---|
| **Prepared By:** | ) |
| Mr. William Smith | ) |
| 16510 Biltmore St | ) |
| Detroit, Michigan 48235 | ) |
| | ) |
| **After Recording Return To:** | ) |
| William Smith III | ) |
| 16528 Biltmore St | ) |
| Detroit, Michigan 48235 | )   **TAX PARCEL ID #:** 22063968 |

# QUIT CLAIM DEED

*BE IT KNOWN BY ALL,* that Mr. William Anthony Smith *("Grantor")* , **whose address is** 16510 Biltmore St, Detroit, Michigan 48235, hereby *REMISES, RELEASES AND FOREVER QUITCLAIMS TO* Mr. William Smith III *("Grantee")* , **whose address is** 16528 Biltmore St, Detroit, Michigan 48235, all right, title, interest and claim to the following real estate property located at 16510 Biltmore St in the City/Township of Detroit, located in the County of Wayne and State of Michigan and ZIP code of 48235, to-wit:

Property having Lot No., with the Section No. , and having the following description: E BILTMORE 831 B E TAYLORS RAINBOW SUB L41 P75 PLATS, W C R 22/6 40 X 106.6.

*(Fนт)*

*FOR VALUABLE CONSIDERATION,* in the amount of $10.00  dollars, given in hand, ~~and for other good and valuable consideration~~ the receipt and sufficiency of which is hereby acknowledged.   MCL 207.526 (6) (a)
MCL 207. 505 (5) (a)

*BE IT FURTHER KNOWN,* that this transfer shall be effective as of 04/23/2024, and that the Grantor makes no promises as to ownership of title to the above-referenced Property, but simply agrees to transfers whatever interest the Grantor has in it to the Grantee.

*TO HAVE AND TO HOLD* all of Grantor's right, title and interest in and to the above described Property is hereby transferred unto the Grantee, Grantee's heirs, administrators, executors, successors and/or assigns forever; so that neither Grantor nor Grantor's heirs, administrators, executors, successors and/or assigns shall have, claim or demand any right or title to the aforesaid property, premises or appurtenances or any party thereof.

_____
(Grantor's or Authorized Representative's Signature)
William Anthony Smith

Signed in our presence:

_____                    _____
(Witness #1 Signature)                                              (Witness #2 Signature)

Rashad Reeves                                                          Charlotte Smith
(FIRST WITNESS NAME TYPED)                             (SECOND WITNESS NAME TYPED)


**Grantee's Address:**                                              **Grantor's Address:**


A070465124—MW

Mr. William Smith III
16528 Biltmore St
Detroit, Michigan 48235

Mr. William Anthony Smith
16510 Biltmore St
Detroit, Michigan 48235

**Mail Subsequent Tax Bills To:**
William Smith III
16528 Biltmore St
Detroit, Michigan 48235

STATE OF MICHIGAN )
) SS.
COUNTY OF ~~WAYNE~~ OAKLAND )

✗

The foregoing Quit Claim Deed was acknowledged before me on April 23, 2024 byMr. William Anthony Smith, who is personally known to me or who has produced a valid driver's license and/or passport as identification, and such individual(s) having executed aforementioned instrument of his/her/their free and voluntary act and deed.

**IN WITNESS THEREOF,** to this Quit Claim Deed, I set my hand and seal.

✗ Grantor
(Fm)

Signed, sealed and delivered in the presence of:

_____
(Signature of Notary)

Jamie Givens
(Printed Notary Name) ~~Wayne~~ Oakland, Michigan

My Commission expires: June 25, 2030

JAMIE GIVENS
Notary Public - State of Michigan
County of Oakland
My Commission Expires Jun 25, 2030
Acting in the County of Oakland

**60026876** FEB 1 6 2006

```
Li-44263          Pg-555
206121069    2/16/2006  09:00AM
Bernard J. Youngblood
Wayne Co. Register of Deeds
```

### QUIT CLAIM DEED

<u>KNOW ALL MEN BY THESE PRESENTS:</u>  That: WILLIAM SMITH, A MARRIED MAN

WHO'S STREET NUMBER AND POST OFFICE ADDRESS IS: 25307 ROSS, REDFORD, MI 48239

QUIT CLAIMS TO: WILLIAM SMITH AND KIMBERLY SMITH, WIFE AND HUSBAND

WHOSE STREET NUMBER AND POST OFFICE ADDRESS IS: 25307 ROSS, REDFORD, MI 48239

The following described premises to-wit:

Land in the CITY of DETROIT, WAYNE County, State of MICHIGAN,
LOT 831, B.E. TAYLOR'S RAINBOW SUBDIVISION, ACCORDING TO THE PLAT THEREOF
RECORDED IN LIBER 41 OF PLATS, PAGE 75, WAYNE COUNTY RECORDS

Commonly knows as: 16510 BILTMORE

Tax Item Number: WARD 22 ITEM 63968

For the sum EXEMPT UNDER MCL 207.505 (a) EXEMPT UNDER MCL 207.526 (a) ONE DOLLARS
AND 00/100 ($1.00)

Subject to easements and building and use restrictions of record, if any,
Dated this the ___*19th*___ day of JANUARY, 2006

Signed and Sealed in presence of

_____
**WILLIAM SMITH**

STATE OF MICHIGAN
COUNTY OF *Wayne*

The foregoing instrument was acknowledged before me this ___*19th*___ day of JANUARY,
2006, BY WILLIAM SMITH, A MARRIED MAN

**DAWN M. KEENAN**
Notary Public-Michigan
Wayne County
My Commission Expires Oct. '13, 2007
Acting in *Wayne Co, Mi*

_____
Dawn M. Keenan
**Notary Public**

___*Wayne*___ County,
**My Commission expires:** ___*10/13/07*___

DRAFTED BY & RETURN TO:
WILLIAM SMITH
25307 ROSS
REDFORD, MI 48239

**Fidelity National Title**

<u>NO REVENUE ATTACHED</u>
QCD·1p·E(a)Ø(a)