# Exhibit 9

RP-2021-590607
10/13/2021 ER $22.00

# GENERAL WARRANTY DEED

### NOTICE OF CONFIDENTIALITY RIGHTS:
IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

That **WEEKLEY HOMES, LLC, a Delaware limited liability company d/b/a DAVID WEEKLEY HOMES,** hereinafter called "Grantor" (whether one or more), for and in consideration of the sum of TEN AND NO/100 ($10.00) DOLLARS and other valuable consideration to the undersigned paid by the Grantees herein named, the receipt of which is hereby acknowledged, has GRANTED, SOLD AND CONVEYED, and by these presents does **GRANT, SELL AND CONVEY** unto **WILLIAM A. SMITH,** herein called "Grantees" (whether one or more), the following real property (together with all improvements thereon the "Property") situated in Harris County, Texas, to-wit:

> Lot Fifty-Four (54), Block One (1) of TOWNE LAKE SEC 61, an addition in Harris County, Texas, according to the map or plat thereof recorded in Film Code No. 693604 of the Map Records of Harris County, Texas.

This conveyance is made and accepted subject to any and all easements, rights of way, valid restrictions, mineral reservations of any kind, encumbrances, conditions, maintenance charges, building set back lines, and governmental regulations, if any, to the extent, but only to the extent that they are reflected by the records of the Office of the County Clerk of the above mentioned County and State.

TO HAVE AND TO HOLD the above described Property, together with all and singular the rights and appurtenances thereto in anywise belonging unto the said Grantees, their heirs and assigns forever; and Grantor does hereby bind itself, its successors and assigns to WARRANT AND FOREVER DEFEND all and singular the said Property unto the said Grantees, their heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof except as to the reservations from and exceptions to conveyance and warranty.

When Grantor and/or Grantee are more than one entity, the pertinent nouns, verbs and pronouns shall be construed to correspond. When Grantor and/or Grantee are a corporation, a trustee or other legal entity that is not a natural person, the pertinent words "heirs, executors and administrators" and/or "heirs and assigns" shall be construed to mean "successors and assigns," respectively. Reference to any gender shall include either gender and, in the case of a legal entity that is not a natural person, shall include the neuter gender, all as the case may be.

Current ad valorem taxes on the Property have been prorated, the payment thereof is assumed by Grantees.

EXECUTED THIS __12__ day of __Oct_____, 2021.

**WEEKLEY HOMES, LLC, a Delaware limited liability company d/b/a DAVID WEEKLEY HOMES**

BY: _____

NAME: ___Debbie Coats, Agent and Attorney in Fact___

TITLE: _____

109 22-18
**PRIORITY TITLE**

General Warranty Deed
Page 1 of 2

## ACKNOWLEDGMENT

THE STATE OF TEXAS        §
                                         §

COUNTY OF HARRIS        §

This instrument was acknowledged before me on this __12__ day of __Oct__, 2021, by __Debbie Coats, Agent and Attorney in Fact__ of **WEEKLEY HOMES, LLC**, a Delaware limited liability company d/b/a **DAVID WEEKLEY HOMES**.

SHARON DIXON LARSON
Notary Public, State of Texas
Commission Expires 04-19-2025
Notary ID 1181662-6

_____
Notary Public in and for
The State of TEXAS

**GRANTEES' ADDRESS:**

William A. Smith
11914 Deepwater Ridge Way
Cypress, Texas 77433

**AFTER RECORDING, RETURN TO:**

William A. Smith
11914 Deepwater Ridge Way
Cypress, Texas 77433

**PREPARED BY THE LAW FIRM OF:**

MURRAY | LOBB, PLLC
2200 Space Park Drive, #350
Houston, Texas 77058
Telephone 281.488.0630

GF# 1092218 (10.21)

RP-2021-590607

General Warranty Deed
Page 2 of 2

RP-2021-590607
# Pages 3
10/13/2021 01:26 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $22.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS