# Exhibit 38



# GEORGIA CORPORATIONS DIVISION

## GEORGIA SECRETARY OF STATE
### BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

Business Name: **YBE Investments LLC**          Control Number: **20219569**

### FILING HISTORY

| Filing Number | Filing Date Time | Effective Date | Filing Type |
| --- | --- | --- | --- |
| 19803245 | 11/9/2020 3:27:48 PM | 11/9/2020 | Business Formation (/businesssearch/DownloadFile?filingNo=19803245) |
| 20327301 | 2/23/2021 6:50:13 PM | 2/23/2021 | Annual Registration (2021) (/businesssearch/DownloadFile?filingNo=20327301) |
| 22617609 | 2/25/2022 5:17:53 PM | 2/25/2022 | Annual Registration (2022, 2023) (/businesssearch/DownloadFile?filingNo=22617609) |
| 24277183 | 1/17/2023 10:22:49 AM | 1/17/2023 | Amended Annual Registration (/businesssearch/DownloadFile?filingNo=24277183) |
| 27265739 | 4/25/2024 10:28:10 AM | 4/25/2024 | Annual Registration (2024) (/businesssearch/DownloadFile?filingNo=27265739) |

Page 1 of 1, records 1 to 5 of 5

Back

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19          Report a Problem?

Control Number : 20219569

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF ORGANIZATION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**YBE Investments LLC**
a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **11/09/2020** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **11/10/2020**.



Brad Raffensperger
Secretary of State

## ARTICLES OF ORGANIZATION

*Electronically Filed*
Secretary of State
Filing Date: 11/9/2020 3:27:48 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 20219569 |
| **BUSINESS NAME** | YBE Investments LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 11/09/2020 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 2087 Holtz Ln, Atlanta, GA, 30318, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| William Smith | 2087 Holtz Ln, Atlanta, GA, 30318, USA | Fulton |

| ORGANIZER(S) | | |
|---|---|---|
| **NAME** | **TITLE** | **ADDRESS** |
| Dana Stith-Gray | ORGANIZER | 3330 Cumberland Blvd, Suite 500, Atlanta, GA, 30339, USA |

| OPTIONAL PROVISIONS |
|---|
| N/A |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Dana M. Stith-Gray |
| **AUTHORIZER TITLE** | Organizer |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

\*Electronically Filed\*
Secretary of State
Filing Date: 2/23/2021 6:50:13 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 20219569 |
| **BUSINESS NAME** | YBE Investments LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 02/23/2021 |
| **ANNUAL REGISTRATION PERIOD** | 2021 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 2087 Holtz Ln, Atlanta, GA, 30318, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| William Smith | 2087 Holtz Ln, Atlanta, GA, 30318, USA | Fulton |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | William Smith |
| **AUTHORIZER TITLE** | Manager |

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**Amended Annual Registration**　　　　　　　　　　　　　　　　　*Electronically Filed*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Secretary of State
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Filing Date: 1/17/2023 10:22:49 AM

### BUSINESS INFORMATION

| | |
|---|---|
| **BUSINESS NAME** | : YBE Investments LLC |
| **CONTROL NUMBER** | : 20219569 |
| **BUSINESS TYPE** | : Domestic Limited Liability Company |
| **FILING TYPE** | : Amended Annual Registration |

### CURRENT INFORMATION ON FILE FOR PRINCIPAL ADDRESS AND REGISTERED AGENT

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 2087 Holtz Ln, Atlanta, GA, 30318, USA |
| **REGISTERED AGENT NAME** | : William Smith |
| **REGISTERED OFFICE ADDRESS** | : 2087 Holtz Ln, Atlanta, GA, 30318, USA |
| **REGISTERED OFFICE COUNTY** | : Fulton |

### CHANGES TO THE ABOVE CURRENT INFORMATION ARE INDICATED BELOW

| | |
|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : 3343 Peachtree rd NE, suite 145-1596, Atlanta, GA, 30326, USA |
| **REGISTERED AGENT NAME** | : ZenBusiness Inc. |
| **REGISTERED OFFICE ADDRESS** | : 3390 Peachtree road NE, suite 320, Atlanta, GA, 30326, USA |
| **REGISTERED OFFICE COUNTY** | : Fulton |

### AUTHORIZER INFORMATION

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | : Sharah Rose |
| **AUTHORIZER TITLE** | : Manager |