# Exhibit 39

Business Center    Online Services    Search

# DETAIL        RETURN TO YOUR SEARCH        FILE YOUR ANNUAL REPORT

Alter Ego Properties LLC

This detail reflects the current data for the filing in the system.                                    Print

**Name**
Alter Ego Properties LLC

| | | |
|---|---|---|
| **Filing ID**<br>2020-000917268 | **Status**<br>Active | **Fictitious Name** |
| **Type**<br>Limited Liability Company - Domestic | **Sub Status**<br>Current | |
| | **Initial Filing**<br>05/16/2020 | |
| **Standing - Tax**<br>Good | **Term of Duration**<br>Perpetual | |
| **Standing - RA**<br>Good | **Formed In**<br>Wyoming | |
| **Standing - Other**<br>Good | **Principal Office**<br>30 N Gould St Ste 11578<br>Sheridan, WY 82801<br>USA | |

**Mailing Address**
30 N Gould St Ste 11578
Sheridan, WY 82801
USA

## Additional Details

| | |
|---|---|
| **Registered Agent:**<br>Registered Agents Inc<br>30 N Gould St Ste R<br>Sheridan, WY 82801 USA | **Latest AR/Year**<br>09871305 / 2024<br>**AR Exempt**<br>No<br>**License Tax Paid**<br>$60.00 |

## History

RA Information Change - 2024-004886337                                    Date: 06/10/2024

| | |
|---|---|
| 2024 Original Annual Report - 09871305 | Date: 05/13/2024 |
| Delinquency Notice - Tax - 2024-004749816 | Date: 05/02/2024 |
| 2023 Original Annual Report - 08432578 | Date: 04/17/2023 |
| Reinstatement - Tax - 2023-004126395 | Date: 04/17/2023 |
| 2022 Original Annual Report - 08432572 | Date: 04/17/2023 |
| Dissolution / Revocation - Tax - 2022-003737645 | Date: 07/09/2022 |
| Delinquency Notice - Tax - 2022-003656544 | Date: 05/02/2022 |
| 2021 Original Annual Report - 06191048 | Date: 04/15/2021 |
| Address Update - 2020-002834192 | Date: 05/29/2020 |
| Initial Filing - See Filing ID | Date: 05/16/2020 |

**Public Notes**

No Public Notes Found...

**Parties**

Sharah Rose (Organizer)                                                      Organization:
Address: 30 N Gould St Sheridan WY 82801

Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
WY Secretary of State
FILED: May 16 2020 10:21PM
Original ID: 2020-000917268

# Limited Liability Company
# Articles of Organization

I. **The name of the limited liability company is:**
Alter Ego Properties LLC

II. **The name and physical address of the registered agent of the limited liability company is:**
Registered Agents Inc.
30 N Gould St Ste R
Sheridan, WY 82801

III. **The mailing address of the limited liability company is:**
30 N Gould St
Ste. R
Sheridan, WY 82801

IV. **The principal office address of the limited liability company is:**
30 N Gould St
Ste R
Sheridan, WY 82801

V. **The organizer of the limited liability company is:**
Sharah Rose
30 N Gould St Sheridan WY 82801

| | | |
|---|---|---|
| Signature: | *Sharah Rose* | Date: 05/16/2020 |
| Print Name: | Sharah Rose | |
| Title: | Organizer | |
| Email: | sharah.rose27@gmail.com | |
| Daytime Phone #: | (914) 510-3560 | |

Page 1 of 4

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☐ An Individual    ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Sharah Rose* | Date: 05/16/2020 |
| Print Name: | Sharah Rose | |
| Title: | Organizer | |
| Email: | sharah.rose27@gmail.com | |
| Daytime Phone #: | (914) 510-3560 | |

Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Registered Agents Inc.**, whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Alter Ego Properties LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| Signature: | *Sharah Rose* | Date: 05/16/2020 |
| Print Name: | Sharah Rose | |
| Title: | Organizer | |
| Email: | sharah.rose27@gmail.com | |
| Daytime Phone #: | (914) 510-3560 | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**Alter Ego Properties LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **16th** day of **May**, **2020** at **10:21 PM.**

Remainder intentionally left blank.



Filed Date: 05/16/2020

*Edward A. Buchanan*
Secretary of State

Filed Online By:

Sharah Rose

on 05/16/2020

Page 4 of 4

# 2022        Limited Liability Company Annual Report

| | |
|---|---|
| Due on or Before: | May 1, 2022 |
| ID: | 2020-000917268 |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 08432572 |

**For Office Use Only**
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Alter Ego Properties LLC**

1: Mailing Address
30 N Gould St Ste 11578
Sheridan, WY 82801

<u>Current Registered Agent:</u>
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

2: Principal Office Address
30 N Gould St Ste 11578
Sheridan, WY 82801

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

Phone: (307) 200-2803
Email: reports@registeredagentsinc.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Sharah Rose | Sharah Rose | April 17, 2023 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.

# 2023                Limited Liability Company Annual Report

| | |
|---|---|
| Due on or Before: | May 1, 2023 |
| ID: | 2020-000917268 |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 08432578 |

**For Office Use Only**
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Alter Ego Properties LLC**

1: Mailing Address

30 N Gould St Ste 11578
Sheridan, WY 82801

<u>Current Registered Agent:</u>
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

2: Principal Office Address

30 N Gould St Ste 11578
Sheridan, WY 82801

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

Phone: (914) 510-3560
Email: reports@registeredagentsinc.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Sharah Rose | Sharah Rose | April 17, 2023 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.

# 2024            Limited Liability Company Annual Report

| | |
|---|---|
| Due on or Before: | May 1, 2024 |
| ID: | 2020-000917268 |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 09871305 |

**For Office Use Only**
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**Alter Ego Properties LLC**

1: Mailing Address

30 N Gould St Ste 11578
Sheridan, WY 82801

**Current Registered Agent:**
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

2: Principal Office Address

30 N Gould St Ste 11578
Sheridan, WY 82801

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate form available from the Secretary of State's website at https://sos.wyo.gov

Phone: (914) 510-3560
Email: reports@registeredagentsinc.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| William Smith | William Smith | May 13, 2024 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.