UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                                  Case No. 24-cv-11626

v.                                           Hon. Linda V. Parker

William Anthony Smith,

    Defendant.
_____

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as Attorney for Defendant William Anthony Smith in the above-captioned matter.

I certify that I am admitted to practice in this Court.

                                                          Respectfully submitted,

                                                    */s/ Robert E. Higbee*
                                                    **ROBERT E. HIGBEE (P82739)**
                                                    Counsel for Defendant
                                                    William Anthony Smith
                                                    409 East Jefferson Ave., Ste. 500
                                                    Detroit, MI 48226
                                                    (313) 962-3500, Office
                                                    (313) 962-9190, Fax
                                                    robhigbee@gmail.com

Dated:  June 26, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2024, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Robert E. Higbee*
**ROBERT E. HIGBEE (P82739)**
Counsel for Defendant
William Anthony Smith
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
robhigbee@gmail.com