UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                             Case No. 4:24-cv-11626-FKB-EAS
                                                         Hon. F. Kay Behm

William Anthony Smith,

                Defendant(s),

**NOTICE TO APPEAR REMOTELY**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge F. Kay Behm as follows:

- STATUS CONFERENCE:  August 13, 2024 at 01:30 PM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/Richard Loury
                                                  Case Manager

Dated:  August 8, 2024