UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

            Plaintiff,

vs.

William Anthony Smith,

            Defendant.
_____/

Case No. 24-cv-11626

Hon. F. Kay Behm

### STIPULATED WRIT OF ENTRY FOR PREMISES AT 29555 NORTHWESTERN HWY, SOUTHFIELD, MICHIGAN

The parties to this stipulation agree to the Court immediately entering this Writ of Entry. This will advance the parties' mutual goal of agreeing to a sale of Duo Restaurant and Lounge under stipulated terms to be approved by the Court.

IT IS HEREBY ORDERED that the United States Marshals Service, its employees, agents and contractors are authorized to enter onto and into the premises known as 29555 Northwestern Hwy, Southfield, Michigan, during daylight hours, for the purpose of inspecting, photographing and appraising the property.

**SO ORDERED**.

Date: August 8, 2024

                                        s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge

**IT IS SO STIPULATED:**

Dawn N. Ison
United States Attorney

| | |
|---|---|
| *S/K. Craig Welkener* | */s/Gerald K. Evelyn (with consent)* |
| K. Craig Welkener (DC 1033585) | Gerald K. Evelyn (P29182) |
| Jessica A. Nathan (TX 24090291) | Robert E. Higbee (P82739) |
| Assistant United States Attorneys | Counsel for Defendant & Smith Entities |
| 211 W. Fort Street, Suite 2001 | 409 East Jefferson Avenue, Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-0248 (Welkener) | (313) 962-3500 |
| (313) 226-9643 (Nathan) | geraldevelyn@yahoo.com |
| Kenton.Welkener@usdoj.gov | robhigbee@gmail.com |
| Jessica.Nathan@usdoj.gov | |
| | Dated: August 1, 2024 |
| Dated: August 1, 2024 | |