UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

William Anthony Smith,

    Defendant.

Case No. 24-cv-11626

Hon. F. Kay Behm

_____

### JOINT STIPULATION AND ORDER GRANTING DETROIT RIVERFRONT CONSERVANCY, INC.'S MOTION TO INTERVENE (ECF NO. 14)

Plaintiff United States of America, Defendant William Anthony Smith, and Proposed Plaintiff-Intervenor Detroit Riverfront Conservancy, Inc. (the "DRFC"), by their respective undersigned counsel, hereby submit this joint stipulated order agreeing to the relief requested by the DRFC's Motion to Intervene (ECF No. 14) in the above-captioned action.

IT IS THEREFORE HEREBY ORDERED that the DRFC's Motion to Intervene (ECF No. 14) is **GRANTED**.

    **SO ORDERED.**

Dated: August 20, 2024

    s/F. Kay Behm
    Hon. F. Kay Behm
    United States District Judge

**SO STIPULATED AND AGREED:**

/s/ K. Craig Welkener (w/permission)
K. Craig Welkener (DC 1033585)
Jessica A. Nathan (TX 24090291)
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248 (Welkener)
(313) 226-9643 (Nathan)
Kenton.Welkener@usdoj.gov
Jessica.Nathan@usdoj.gov

*Attorneys for United States of America*

Dated: August 20, 2024

/s/ Jalen R. Farmer
Matthew Schneider (P62190)
Jalen R. Farmer (P86859)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7000
mschneider@honigman.com
jfarmer@honigman.com

*Attorneys for Detroit Riverfront Conservancy, Inc.*

Dated: August 20, 2024

/s/ Gerald K. Evelyn (w/ permission)
Gerald K. Evelyn (P29182)
Robert E. Higbee (P82739)
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com
robhigbee@gmail.com
Counsel for Defendant
William A. Smith

*Attorneys for William Anthony Smith*

Dated: August 20, 2024