UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM ANTHONY SMITH,

    Defendant.

Case No. 24-cv-11626
Honorable Susan K. DeClercq

Criminal No: 24-CR-20532

_____/

Orlans Law Group PLLC
Sogol I. Plagany (P69690)
Caleb J. Shureb (P63350)
Attorneys for Petitioner,
Deutsche Bank National Trust Company, as Indenture Trustee
for American Home Mortgage Investment Trust 2005-1 / Serviced by Onity Group Inc.
P.O. Box 5041, Troy, Michigan 48007
(248) 502-1400 (phone)
splagany@orlans.com (email)
_____/

## PETITIONER'S CLAIM TO FORECLOSE FORFEITED PROPERTY

1.     Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 hereby makes a claim of interest in the subject property situated in the City of Detroit, County of Wayne, State of Michigan, and legally described as:

Lot 71, PALMER FIELD SUBDIVISION, as recorded in Liber 37, Page 7 of Plats, Wayne County Records.

TAX #: 22056425

Commonly known as: 16717 Rutherford Street, Detroit, Michigan 48235 (the "Property")
Listed as item "hhh" in the Notice of Stipulated Preliminary Order of Forfeiture.

2. On February 18, 2005, William Smith a/k/a William A. Smith, a married man and Kimberly Smith, his wife, signed and executed a mortgage (the "Mortgage") to Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for America Home Mortgage Acceptance, Inc. as security for the repayment of the loan under the terms of a Note; the Mortgage was recorded February 28, 2005 in Liber 42210, Page 2532, Wayne County Records, in the original amount of $97,600.00.

3. The Mortgage was assigned from Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for America Home Mortgage Acceptance, Inc. to Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 via an Assignment of Mortgage recorded September 9, 2024, in Liber 59073, Page 1149, Wayne County Records.

4. The amount of the indebtedness secured by the Mortgage through October 8, 2025, is no less than $80,245.35.

5. The basis of this claim is that the Petitioner is the first mortgagee of record and intends to foreclose the subject property based upon the defaulted mortgage / note.

6. Wherefore, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 makes a claim to foreclose the subject Property, by advertisement pursuant to MCL 600.3201 et. seq., for an amount not to exceed their total debt, plus allowable costs. Pursuant to MCL 600.3252 any overbid proceeds from the foreclosure will be held by the County Sheriff for distribution in accordance with their priority.

(Signature/ Notary page to follow).

Dated: October 10, 2025

*/s/ Caleb J. Shureb*
CALEB J. SHUREB (P63350)
Attorney for Deutsche Bank National Trust
Company, as Indenture Trustee for
American Home Mortgage Investment
Trust 2005-1

Subscribed and sworn to before me on this 10th day of October, 2025, by Caleb J. Shureb, attorney for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

I certify under the penalty of perjury under the laws of the State of Michigan that the foregoing paragraph is true and correct.

*/s/ Theresa L. Hall*
Theresa L. Hall, Notary Public
State of Michigan, County of Macomb
Acting in the County of Oakland
My commission expires: August 14, 2029