UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM A. SMITH, <br><br> Defendant. | Case No.  24-cv-11626 <br> Honorable Susan K. DeClerq <br><br><br> Criminal No. 24-cr-20532 |

**THIRD-PARTY PETITION ASSERTING**
**INTEREST IN FORFEITED PROPERTY**

Third-Party Petitioner, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 ("Trustee"), through its attorneys, Dykema Gossett PLLC, files this petition asserting an interest in property forfeited in this case pursuant to 21 U.S.C. § 853(n) (the "Petition").  In support, Trustee states as follows:

1. The subject of this Petition is the real estate and certain improvements located thereon, all situated in the City of Detroit, Wayne County, Michigan, commonly known as 16717 Rutherford, Detroit, MI 48235 (the "Real Estate"), and as more particularly described as:

1

>    LOT 71, PALMER FIELD SUBDIVISION, AS RECORDED IN LIBER 37, PAGE 7 OF PLATS, WAYNE COUNTY RECORDS.

2. On April 7, 2025, this Court entered a Stipulated Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1) ordering the forfeiture of Real Estate to the United States of America (the "Forfeiture Order").

3. Trustee submits this petition for the purpose of obtaining a declaration (and a hearing, if necessary) from this Court that Trustee has a valid first mortgage lien on the Real Estate.

## ESTABLISHMENT OF LIEN INTEREST

4. On or about February 18, 2005, William Smith, executed a $97,600 note (the "Note") in favor of American Home Mortgage Acceptance, Inc. ("Lender"), secured by a mortgage (the "Mortgage") encumbering the Real Estate (the Note and Mortgage are referred to collectively as the "Mortgage Loan"). The Mortgage named Mortgage Electronic Registration, Inc. ("MERS") as the mortgagee, as nominee for the Lender and Lender's successors and assigns. The Mortgage was recorded on February 28, 2005 in Liber 42210, Page 2532, document number 205096617, in the office of the Wayne County Register of Deeds. *See* **Ex. A** – Mortgage.

2

5. The Mortgage and Note thereafter transferred to Trustee and an Assignment of Mortgage from MERS to Trustee was recorded on September 9, 2024 in Liber 59073, Page 1149, document number 2024246008, in the office of the Wayne County Register of Deeds. *See* **Ex. B** –Assignment of Mortgage.

6. Trustee is the current holder of the original Note and owner of the debt secured by the Mortgage.

7. Accordingly, Trustee claims an interest in the Real Estate pursuant to the Mortgage and Note.

8. Trustee's mortgage interest in the Real Estate is first in priority.

9. The amount due on the Note through November 20, 2025 is $80,828.46. Interest and fees continue to accrue as allowed under the loan documents.

10. Trustee reserves all rights and defenses related to Trustee's interest, including that Trustee's legal right, title, and interest in the Real Estate was vested in Trustee rather than Defendant William Smith, that Trustee's legal right, title, and interest in the Real Estate was superior to any right, title, or interest of Defendant William Smith at the time of the commission of the acts which gave rise to the forfeiture of the Real Estate, and that Trustee is a bona fide purchaser for value of the right, title, and interest in the Real Estate and at the time of purchase Trustee was reasonably without cause to believe that the Real Estate was subject to forfeiture.

## **RELIEF REQUESTED**

WHEREFORE, Third-party Petitioner, Trustee, prays that this Court enter an Order declaring that Trustee's third-party interest in the Real Estate is valid and not extinguished by the forfeiture proceedings, and any sale proceeds of the Real Estate should be distributed first to Trustee to satisfy its lien.  In the alternative, Trustee requests a hearing to adjudicate the validity of the interest in the Real Estate.

Date: October 24, 2025            Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By: */s/ Dawn N. Williams*
Dawn N. Williams (P72399)
201 Townsend Street, Suite 900
Lansing, MI 48933
(616) 776-7518
dwilliams@dykema.com

*Attorneys for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1*

4

## <u>V E R I F I C A T I O N</u>

I, Patrick Pittman, have reviewed the foregoing THIRD-PARTY PETITION ASSERTING INTEREST IN FORFEITED PROPERTY and know its contents.

I am authorized to make this verification for and on behalf of Select Portfolio Servicing, Inc. and Federal Home Loan Mortgage Corporation.

I declare state under penalty of perjury that the foregoing THIRD-PARTY PETITION ASSERTING INTEREST IN FORFEITED PROPERTY is true and correct.

Dated: October 23, 2025

_____
By:   Patrick Pittman
Title: Authorized Agent

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I mailed the foregoing document by First-Class U.S. Mail, with postage fully prepaid to:

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226

United States Attorney
Attn: K. Craig Welkener
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated:  October 24, 2025            **DYKEMA GOSSETT PLLC**

By: */s/ Dawn N. Williams*
Dawn N. Williams (P72399)
*Attorneys for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1*