**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | |
| v. | Case No.  24-cv-11626<br>Honorable Susan K. DeClerq |
| WILLIAM A. SMITH,<br>    Defendant. | Criminal No. 24-cr-20532 |

**INDEX OF EXHIBITS TO**
**THIRD-PARTY PETITION ASSERTING**
**<u>INTEREST IN FORFEITED PROPERTY</u>**

Exhibit A     Mortgage

Exhibit B     Assignment of Mortgage

4937-9241-0229.1