# **EXHIBIT B**

```
2024270534   L: 59136 P: 1113   ASG
10/16/2024 01:11:36 PM  Total Pages: 2
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED
```

_____ [Space Above This Line for Recording Data] _____

This Document Prepared By:  
MARTHA CORREA  
BANK OF AMERICA, N. A.  
MC: FL1-908-01-05  
4909 SAVARESE CIR.  
TAMPA, FL 33634  
(800) 444-4302  
Tax/Parcel #: 22-78261  

When Recorded Mail To:  
BANK OF AMERICA, N. A.  
MC: FL1-908-01-05  
4909 SAVARESE CIR.  
TAMPA, FL 33634  

## ASSIGNMENT OF MORTGAGE

For Value Received, **BANK OF AMERICA, N. A.**, the undersigned holder of a Mortgage (herein "Assignor") whose address is **4909 SAVARESE CIRCLE, TAMPA, FL 33634**, does hereby grant, sell, assign, transfer and convey, unto **SELECT PORTFOLIO SERVICING, INC.**, (herein "Assignee"), whose address is **3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119**.

A certain Mortgage dated **OCTOBER 18, 2002** having been given to secure payment of **$71,150.00**, which Mortgage is recorded on **JANUARY 14, 2003** in INSTRUMENT NO. 203100588, BK 37569, PG 2461 of the official Records of **WAYNE COUNTY**, State of **MICHIGAN**, made and executed by **WILLIAM SMITH AND KIMBERLY SMITH, HUSBAND AND WIFE**, upon the following property located at **6405 PENROD, DETROIT, MICHIGAN 48228** and situated in **WAYNE County**, State of **MICHIGAN**.

TO HAVE AND TO HOLD the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

## LOT 503, FRISCHKORN'S HIGHLANDS NO. 2, SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 41, ON PAGE 23 OF PLATS, WAYNE COUNTY RECORDS.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on

10/15/2024
Date

BANK OF AMERICA, N. A.

By: *(signature)*
MARTHA LUCIA CORREA
ASSISTANT VICE PRESIDENT

_____ [Space Below This Line for Acknowledgments] _____

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15 day of October, 2024, by MARTHA LUCIA CORREA as ASSISTANT VICE PRESIDENT for BANK OF AMERICA, N. A.

*(signature)*
(Signature of Notary Public - State of Florida)
Alexandra Monegro
(Print, Type, or Stamp Commissioned Name of Notary Public)

ALEXANDRA MONEGRO
Notary Public, State of Florida
Commission# HH 530416
My comm. expires May 23, 2028

Personally Known OR Produced Identification
Type of Identification Produced _____ N/A _____

Assignment Mortgage     Page 2     870774908