UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM A. SMITH,<br><br>      Defendant. | Case No. 24-cv-11626<br>Honorable Susan K. DeClerq<br><br>Criminal No. 24-cr-20532 |

**SELECT PORTFOLIO SERVICING, INC. AND
FEDERAL HOME LOAN MORTGAGE CORPORATION
NOTICE OF WITHDRAWAL OF PETITIONS [DOC. NOS. 33 & 34]**

Dawn N. Williams, Attorney for Third-Party Petitioners, Select Portfolio Servicing, Inc. ("SPS") and Federal Home Loan Mortgage Corporation ("Freddie Mac"), hereby withdraws her petitions asserting an interest in forfeited property from the above named case which was filed on October 24, 2025, same being court Docket Nos. 33 and 34.[1]

---

[1] The petition has been re-filed in U.S. District Court, Eastern District of Michigan Case No. 2:25-mc-50559-SKD.

1

Date: October 24, 2025							Respectfully submitted,

                                  **DYKEMA GOSSETT PLLC**

                              By: */s/ Dawn N. Williams*
                                  Dawn N. Williams (P72399)
                                  201 Townsend Street, Suite 900
                                  Lansing, MI 48933
                                  (616) 776-7518
                                  dwilliams@dykema.com

                                  *Attorneys for Federal Home Loan Mortgage Corporation and Select Portfolio Servicing, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I mailed the foregoing document by First-Class U.S. Mail, with postage fully prepaid to:

United States District Court
Clerk of the Court
Eastern District of Michigan
231 W. Lafayette
Detroit, Michigan 48226

United States Attorney
Attn: K. Craig Welkener
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated:  October 24, 2025                **DYKEMA GOSSETT PLLC**

By: */s/ Dawn N. Williams*
    Dawn N. Williams (P72399)
    *Attorneys for Federal Home Loan Mortgage Corporation and Select Portfolio Servicing, Inc.*

4909-3518-3989.2