UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                       Plaintiff(s),

v.                                              Case No. 2:24−cv−11626−SKD−EAS
                                                     Hon. Susan K. DeClercq

William Anthony Smith, et al.,

                       Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Susan K. DeClercq at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- OBJECTION TO GARNISHMENT HEARING:  January 8, 2026 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/K. Brown
                                                            Case Manager

Dated:  November 18, 2025