UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 24-CV-11626
                                      Hon. Susan K. DeClercq

WILLIAM A. SMITH,

    Defendant.

---

## APPLICATION FOR ORDER APPROVING SALE OF REAL PROPERTY LOCATED AT 1977 EAST WOODBRIDGE, DETROIT, MICHIGAN

---

COMES NOW, Plaintiff, the United States of America, by and through the undersigned attorneys, and respectfully moves the Court to enter an order regarding the real property commonly known as, 1977 East Woodbridge Street, Detroit, Michigan 48207 and being more fully described as:

**The Southerly 100 feet of Lot 3, Section 8, together with that part of Lot 2, Section 8, described as: Beginning at the Southeast corner of said Lot 3 and the North line of Woodbridge Street, 50.00 feet wide; thence Easterly along the North line of said Woodbridge Street, 14.00 feet; thence Northerly to a point which is 100.00 feet North of said Woodbridge Street and 7.02 feet East of the East line of said Lot 3; thence Westerly 7 .02 feet along a line which is 100.00 feet North of and parallel to the North line of said Woodbridge Street to the East line of said Lot 3; thence Southerly along said East line of Lot 3 to the Southeast corner of Lot 3 and the Point of Beginning, SUBDIVISION OF THE ST. AUBIN FARM, SOUTH OF JEFFERSON A VENUE, according to the plat thereof as**

**recorded in Liber 1 of Plats, page 35, Wayne County Records.**

**COMMONLY KNOWN AS: 1977 E. Woodbridge, Detroit, MI 48207**

**PARCEL ID: Ward 000091/Ward 09**

**TITLED TO: Biltmore Development Group, LLC**

(the "Woodbridge Property"), pursuant to the terms set forth herein.

The United States has conferred with third-party Detroit Riverfront Conservancy, which indicates that it agrees to the terms of this settlement.

The Invest Detroit Foundation ("Invest Detroit") is a Michigan nonprofit corporation that provides support, including but not limited to financial support, for real estate and business projects in Detroit. On April 27, 2023, Invest Detroit provided funds to the Defendant, William A. Smith's, single member limited liability company, Biltmore Development Group, LLC, in connection with the acquisition of and closing costs related to the Woodbridge Property.

On April 27, 2023, with the assistance of Invest Detroit's funding, Biltmore Development Group, LLC, acquired title to the Woodbridge Property under a Quitclaim Deed recorded on May 1, 2023, at Book 58261, Page 342, in the Wayne County Register of Deeds. Biltmore Development Group, LLC, and the Defendant are currently in default on the Woodbridge Property loan obligations to Invest Detroit.

On June 22, 2024, the Court issued a temporary restraining order prohibiting

any person from transferring or disposing of the Defendant's assets (including assets of his corporate entities) up to a total value of $39.3 million dollars. ECF No. 5. On January 28, 2025, the Defendant and the United States stipulated to, and the Court entered, a Stipulated Preliminary Injunction Extending the Asset Freeze ("Injunction") prohibiting any person from transferring or disposing of the Defendant's assets (including assets of his corporate entities) up to a total value of $39.3 million dollars. ECF No. 25. The Injunction froze the Defendant's and his entities' assets but permits the controlled sale or liquidation of property under certain conditions, e.g., via arms-length transaction, for fair market value, disclosed to the United States Attorney's Office, with proceeds preserved for the benefit of the Defendant's victim(s) (*see* companion case 2:24-cr-20532), and ultimately subject to Court approval. ECF No. 25, PageID.528.

On April 7, 2025, pursuant to a Plea Agreement, a Stipulated Preliminary Order of Forfeiture was entered that forfeited all of the Defendant's title and interest, and any right, title, or interest that his heirs, successors, or assigns had, or may have, in the Woodbridge Property to the United States. *United States v. Smith*, Case No. 2:24-cr-20532, ECF No. 22 and 32, PageID.251 and 258.

On April 24, 2025, the Preliminary Order of Forfeiture became final as to the Defendant at his sentencing in the related criminal matter, including his forfeited interest in the Woodbridge Property. *Id*., ECF No. 36, PageID.402. *See also* Fed. R.

3

Crim. P. 32.2(b)(4).

Invest Detroit's lien for $600,000.00 is significantly more than the value at which the Woodbridge Property was appraised but Invest Detroit has acknowledged and agreed that Biltmore Development Group, LLC, and/or the Defendant, expended approximately $25,000.00 in the maintenance of the Woodbridge Property. Invest Detroit has agreed to pay the United States $25,000.00 for the necessary releases and/or title to the Woodbridge Property.

Invest Detroit has represented it is innocent of the conduct underlying the forfeiture, had no reason to believe that the Woodbridge Property was subject to forfeiture, and gave good value in exchange for the loan in an arms-length transaction.

Invest Detroit desires to resolve its claim to its lien interest in the Woodbridge Property, and the United States desires to resolve the forfeiture action expeditiously.

The United States Attorney's Office has reviewed the details of the proposed transaction, including but not limited to, the loan documents, vesting documents, condition and inspection reports, photographs of the property, and has communicated with real estate professionals for the area. Further, the United States has received confirmation of the recusal of certain overlapping officers or board members between Invest Detroit and the Defendant's criminal matter victim to avoid any conflicts of interest.

WHEREFORE, based on its review, the USAO requests the Court approve the following proposed actions and enter the proposed order, submitted separately through CM/ECF utilities, ordering the following:

1) Pursuant to the Stipulated Preliminary Order of Forfeiture and the Judgment entered in Criminal Case No. 2:24-cr-20532, the Defendant, William A. Smith's, interest in the Woodbridge Property was forfeited to the United States on April 24, 2025, for disposition according to law;

2) The United States has published notice of its intent to dispose of the Woodbridge Property on www.forfeiture.gov, for at least thirty consecutive days;

3) The United States has, to the extent practicable, provided direct written notice to any person or entity known to have an alleged interest in the Woodbridge Property, although Invest Detroit has waived such notice pursuant to its agreement with the United States.

4) As no third party has filed a timely petition before the expiration of the period provided at 21 U.S.C. § 853(n)(2), then the United States, through the United States Attorney's Office and/or United States Marshals Service, shall provide notice of the finality of forfeiture, and shall execute and record any necessary transfer documents and/or releases, including but not limited to a Covenant Deed and Notice of Withdrawal of its Affidavit of Interest related to the Woodbridge Property to convey title to Invest Detroit.

5) The Invest Detroit Foundation shall make a cashier's check payable to the **United States Marshals Service** and reference "**1977 East Woodbridge St –** Case No. 2:24-CR-20532" for at least **Twenty-Five Thousand Dollars and 00/100 ($25,000.00)** and send by overnight mail or FedEx to:

> **United States Attorney's Office**
> **Attn: AUSA Jessica A. Nathan, MLAR**
> **211 W. Fort St., Ste. 2001**
> **Detroit, MI 48226**

(wire instructions will be provided on request).

6) Invest Detroit Foundation shall make payment(s) of any additional funds found to be paid by Biltmore Development Group, LLC, and/or the Defendant concerning the Woodbridge Property to the United States Marshals Service under the same instruction.

7) The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Respectfully submitted,

JEROME F. GORGON JR.
UNITED STATES ATTORNEY

/s/ *K. Craig Welkener*

K. Craig Welkener (DC 1033585)
Jessica A. Nathan (TX 24090291)
Assistant United States Attorneys
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-0248 (Welkener)
(313) 226-9643 (Nathan)
Kenton.Welkener@usdoj.gov
Jessica.Nathan@usdoj.gov

## Certification of Service

I hereby certify that on March 27, 2025, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

s/ K. Craig Welkener

JESSICA A. NATHAN
(TX 24090291)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov