UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

v.

WILLIAM A. SMITH,

              Defendant.

_____/

Case Nos. 2:24-cv-11626;
            2:24-cr-20532

Honorable Susan K. DeClercq
United States District Judge

**STIPULATED FINAL ORDER OF FORFEITURE AND SALE AS TO
2077 HYDE PARK DRIVE, DETROIT, MI 48207**

For the following reasons, the undersigned parties stipulate that forfeiture is now complete and agree to a sale for the following asset:

> All right, title and interest in 2077 Hyde Park Drive, Detroit, MI 48207, including (a) the membership and membership certificate in the Hyde Park Cooperative Inc., 1969 Hyde Park Drive, Detroit, MI; and (b) all rights of occupancy, possession, and sale (to include all rights under the applicable Occupancy Agreement).

(the "Subject Property").

WHEREAS, on August 8, 2025, in the related criminal matter, a First Amendment to Preliminary Order of Forfeiture was entered that forfeited all of the Defendant William A. Smith's title and interest, and any right, title, or interest that his heirs, successors, or assigns had, or may have, in the Subject Property to the

United States. *United States v. Smith*, No. 2:24-cr-20532 (hereafter *"Smith I"*), ECF Nos. 49 at PageID.590; ECF 32; *see also United States v. Smith*, No. 2:24-cv-11626 (hereafter *"Smith II"*), ECF 25 (extending freeze of Smith's assets to preserve them for forfeiture and restitution). Smith's interest in the Subject Property was forfeited to the United States under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) for disposition according to law. *See Smith I*, ECF No. 36.

WHEREAS, third-party noticing is complete, and third-party interests have been resolved via settlement regarding the Subject Property:

1) The United States published notice of its intent to dispose of the Subject Property on www.forfeiture.gov, for at least thirty consecutive days. The United States, to the extent practicable, provided direct written notice to any person or entity known to have an alleged interest in the Subject Property.

2) The United States reached a settlement agreement with third-party Jennifer Smith regarding the Subject Property. The United States contends that the Subject Property is subject to forfeiture, and Ms. Smith does not agree, and the Parties agreed to settle that dispute pursuant to a sale on the terms embodied in this Order.

3) In addition, the United States has reached an agreement with the Hyde Park Cooperative Inc., 1969 Hyde Park Drive, Detroit, MI ("the Cooperative") to resolve the Cooperative's interest in the Subject Property pursuant to a sale on the terms embodied in this Order.

4) As no third party filed a petition concerning the Subject Property before the expiration of the period provided at 21 U.S.C. § 853(n)(2), the forfeiture process is complete as to the Subject Property.

NOW THEREFORE, the undersigned parties hereby agree as follows:

1) The United States, acting by and through the United States Marshal Service, and in cooperation with the Hyde Park Cooperative Inc., 1969 Hyde Park Drive, Detroit, MI, shall sell the Subject Property in a commercially reasonable manner, using a real estate agent at the choosing of the USMS and its designee. The sale of this Subject Property shall be by real estate listing and not by governmental auction.

2) At the closing of that sale, any net proceeds will be divided as follows: the first $5,500 shall be due to Ms. Jennifer Smith but shall be distributed to the Cooperative to be credited to any amounts Jennifer Smith may owe to the Cooperative as of that time under 4(a-f) below, with Ms. Smith to retain any remaining portion of the $5,500. The United States shall keep the remainder, to be credited towards Mr. Smith's forfeiture money judgment.

3) The Cooperative and the United States will ensure that the sale is conducted according to the Cooperative's procedures for selling interests in the Cooperative, including the Cooperative's approval of the ultimate buyer(s). The Cooperative's right-to-approve shall be exercised in accordance with their internal procedures/membership selection criteria and with state/federal housing laws, and any qualified candidate shall not be unreasonably denied.

4) The net proceeds from the sale of the Subject Property will include all money realized from the sale of the Subject Property, less the following:

   a) First, to the payment of all expenses incurred in the seizure, custody, maintenance, security, and preparation of the Subject Property for sale;
   b) Second, to the payment of all expenses incurred in the sale of the Subject Property, including commissions, transfer taxes, recording fees, title insurance, surveys, and similar expenses of closing along with marketing expenses and disposal fees;
   c) Third, to the payment of any taxes, dues, or Cooperative fees and expenses assessed against the Subject Property, to the extent they are not an obligation of any leaseholder;
   d) Fourth, to the payment of any amounts necessary to redeem the Subject Property from foreclosure or tax sale;

e) Fifth, to the payment of any expenses customarily paid by the seller in the sale or real property in the jurisdiction (e.g. utilities, etc.); and

f) Sixth, any amounts due to the holders of valid liens, in the order of priority under the laws of the State of Michigan, should any exist.

This Order shall be entered in both 24-cr-20532 (to finalize forfeiture) and 24-cv-11626 (to note the exception to the Court's civil asset freeze).

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: July 29, 2026

**So Stipulated and Agreed:**

JEROME F. GORGON JR.
United States Attorney

*/s/ K. Craig Welkener*
K. Craig Welkener (P89399)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: July 23, 2026

*/s/ Harold Gurewitz (w/permission)*
Harold Gurewitz
333 W. Fort Street, Suite 1400
Detroit, MI 48226
*Counsel for Interested Party*
*Jennifer Smith*

*/s/ Creighton D. Gallup (w/permission)*
Creighton D. Gallup
Pentiuk, Couvreur & Kobiljak
2915 Biddle Avenue
Edelson Building, Suite 200
Wyandotte, MI 48192
*Counsel for Interested Party*
*Hyde Park Cooperative Inc.*

Dated: July 23, 2026

- 4 -