UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 2:24-cv-11626
Hon. Linda v. Parker

WILLIAM ANTHONY SMITH,

Defendant.
______________________________________/

**MOTION TO SUBSTITUTE AS COUNSEL FOR DETROIT RIVERFRONT CONSERVANCY, INC.**

Pursuant to L.R. 83.25(b)(2), Matthew Schneider respectfully seeks a Court order permitting him to substitute as counsel for Detroit Riverfront Conservancy, Inc. in place of Jalen R. Farmer, who is no longer employed by Honigman LLP. Jewel Haji Boelstler and Matthew Schneider will continue to serve as counsel for Detroit Riverfront Conservancy, Inc. in this action.

On November 11, 2026, counsel conferred with counsel for the United States and the United States concurs in this motion.

WHEREFORE, Matthew Schneider respectfully requests that this Court enter an order allowing him to substitute as counsel for Detroit Riverfront Conservancy, Inc. in place of Jalen R. Farmer and remove Jalen R. Farmer from the docket and from ECF notification.

Respectfully submitted,

HONIGMAN LLP

By: /s/ *Matthew Schneider*

Matthew Schneider (P62190)
Jewel Haji Boelstler (P83741)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
mschneider@honigman.com
jboelstler@honigman.com

*Attorneys for Plaintiff-Intervenor Detroit Riverfront Conservancy, Inc.*

Dated: November 11, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM ANTHONY SMITH,

Defendant.
_____________________________________/

Case No. 2:24-cv-11626
Hon. Linda v. Parker

**BRIEF IN SUPPORT OF MOTION TO SUBSTITUTE AS COUNSEL FOR DETROIT RIVERFRONT CONSERVANCY, INC.**

Matthew Schneider hereby requests the Court to permit him to substitute as counsel for the Detroit Riverfront Conservancy, Inc. in place of Jalen R. Farmer and states:

1. Jalen R. Farmer is no longer an attorney at Honigman LLP and no longer represents the Detroit Riverfront Conservancy, Inc.
2. Matthew Schneider's substitution of Jalen Farmer will not prejudice the Detroit Riverfront Conservancy, Inc. and Matthew Schneider and Jewel Haji Boestler will continue to represent the Detroit Riverfront Conservancy, Inc. in the above-captioned matter.
3. The United States of America concurs in this motion.

WHEREFORE, the undersigned respectfully requests the entry of an Order



77657678.1

from the Court confirming Matthew Schneider's substitution as counsel of record in place of Jalen R. Farmer for the Detroit Riverfront Conservancy, Inc.

Respectfully submitted,

HONIGMAN LLP

By: /s/ *Matthew Schneider*
Matthew Schneider (P62190)
Jewel Haji Boelstler (P83741)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
mschneider@honigman.com
jboelstler@honigman.com

*Attorneys for Plaintiff-Intervenor Detroit Riverfront Conservancy, Inc.*

Dated: November 11, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

/s/ Matthew Schneider
Matthew Schneider (P62190)