UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM ANTHONY SMITH,

Defendant.
_______________________________________/

Case No. 2:24-cv-11626
Hon. Linda v. Parker

**APPEARANCE OF JEWEL HAJI BOELSTLER**

PLEASE TAKE NOTICE that Jewel Haji Boelstler of the law firm Honigman LLP hereby enters her Appearance on behalf of Plaintiff-Intervenor Detroit Riverfront Conservancy, Inc. in the above-referenced matter.

Respectfully submitted,

HONIGMAN LLP

By: /s/ *Jewel Haji Boelstler*
Jewel Haji Boelstler (P83741)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7000
jboelstler@honigman.com

*Attorneys for Plaintiff-Intervenor Detroit Riverfront Conservancy, Inc.*

Dated: November 11, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

/s/ Jewel Haji Boelstler
Jewel Haji Boelstler (P83741)